JAMES A. MICHEL
State Bar No. 184730
2912 Diamond Street, #373
San Francisco CA 94131-3208
Tel.: 415/ 239-4949
attyjmichel@gmail.com

Attorney for Debtor and Plaintiff
ROGER JOSEPH KUO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ROGER JOSEPH KUO, x-3765<br>201 Sansome St. #202<br>San Francisco, CA 94104-2329<br><br>      Debtor.<br>_____<br>ROGER JOSEPH KUO,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIA LOPEZ NEGRETE RIVERA,<br><br>    Defendant. | No. 24-30566 HLB 13<br><br>Chapter 13<br><br><br><br><br><br>Adv. Proc. No. 24-03032<br><br>Motion for Summary Judgment or in the alternative, Partial Summary Judgment<br><br><br>Date : May 22, 2025<br>Time : 2:00 p.m.<br>Loc'n : Video or Telephone<br>Judge: Hon. Hannah L. Blumenstiel |

Debtor and Plaintiff Roger Joseph Kuo hereby moves this court for an order granting summary judgment, or in the alternative partial summary judgment, in his favor, on grounds that:

(1) the amended abstract recorded on 8/5/2016 was not indexed properly as to Roger Kuo, and may be avoided by Debtor standing in the shoes of the chapter 13 trustee;

(2) the abstracts do not comply with the requirements of Code of Civil Procedure § 674(a), in that (a) the abstracts do not state the creditor's true address, and (b) the abstracts are not based on actual judgments, but on premature costs awards, including attorney fees, which were entered before the entry of the actual judgment; and

(3) Defendant's Claim 6 must be disallowed in its present form because (a) Defendant did not use the mandatory form, (b) the claim is not secured because Defendant did not create a valid lien, and (c) Defendant is not entitled to interest on the judgment, because Defendant never filed and served a Memorandum of Costs After Judgment claiming the right to interest; at best, Defendant is entitled to an unsecured claim in the amount of $44,542.06.

The reasons for the motion are more fully described in the Memorandum of Points and Authorities, and the Declaration of James Michel, filed herewith.

DATED: March 27, 2025  /s/ James A. Michel
JAMES A. MICHEL
Attorney for Debtor / Plaintiff
ROGER JOSEPH KUO