JAMES A. MICHEL
State Bar No. 184730
2912 Diamond Street, #373
San Francisco CA 94131-3208
Tel.: 415/ 239-4949
attyjmichel@gmail.com

Attorney for Debtor and Plaintiff
ROGER JOSEPH KUO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ROGER JOSEPH KUO, x-3765<br>201 Sansome St. #202<br>San Francisco, CA 94104-2329<br><br>      Debtor.<br>_____<br><br>ROGER JOSEPH KUO,<br><br>      Plaintiff,<br><br>vs.<br><br>MARIA LOPEZ NEGRETE RIVERA,<br><br>      Defendant. | No. 24-30566 HLB 13<br><br>Chapter 13<br><br><br><br>Adv. Proc. No. 24-03032<br><br>Declaration of James Michel in support of Motion for Summary Judgment or in the alternative, Partial Summary Judgment<br><br>Date : May 22, 2025<br>Time : 2:00 p.m.<br>Loc'n : Video or Telephone<br>Judge: Hon. Hannah L. Blumenstiel |

I, James Michel, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I have firsthand knowledge of the matters described below and could and would testify truthfully to each fact if called as a witness.

2. I am the attorney of record for Roger Joseph Kuo, Debtor and Plaintiff herein.

3. At about 1:17 p.m. today, I received notice via an email sent by ECF noticing, that Defendant Maria Lopez Negrete Rivera would be amending her

proof of claim and introducing an amended abstract which was apparently recorded on 8/5/2016, although I never could find it before while doing searches on Debtor's name.

    4. Filed with this declaration as **Exhibit 101** is a true copy of three screens showing documents indexed under the name Roger Kuo, the last two of which show abstracts recorded by Defendant. The abstracts indexed as to Roger Kuo show up by typing the last name first and then the first name, without any comma. On today's date, I captured the screenshots from the the website created by the San Francisco Assessor Recorder's Office, converted them to pdf format, and combined them into one pdf.

    5. Filed with this declaration as **Exhibit 102** is a true copy of the abstract recorded by Defendant on 9/30/2014. I downloaded the pdf from the website for the San Francisco Assessor Recorder.

    6. Filed with this declaration as **Exhibit 103** is a true copy of the abstract recorded by Defendant on 1/21/2015. I downloaded the pdf from the website for the San Francisco Assessor Recorder.

    7. Filed with this declaration as **Exhibit 104** is a true copy of Judicial Council of California's form MC-013-INFO, Information Sheet for Calculating Interest and Amount Owed on a Judgment. I downloaded the pdf from the website for Judicial Council of California.

    I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed at San Francisco, California on the date indicated below:

Dated: March 27, 2025                /s/ James A. Michel
                                                    James A. Michel