# Exhibit 101

Case: 24-03032 Doc# 32-3 Filed: 03/27/25 Entered: 03/27/25 21:53:18 Page 1 of 4



# City and County of San Francisco Assessor-Recorder   Public Index Search

| Officials ▼ | kuo roger | 🔍 Search | Advanced Search | Custom Sort by | 🛒 0 |

## Search Result: 59 Documents
[Criteria: OfficialRecords, kuo roger]

10 / Page ▼   ⏮ ◀ 1 **2** 3 4 5 6 ▶ ⏭

### Refine Result

**Title(s)**
- ☐ DEED (8)
- ☐ ABSTRACT... (7)
- ☐ DEED OF T... (6)
- ☐ ASSGN DE... (6)
- ☐ RECONVE... (4)

More

**Names**
- ☐ KUO ROG... (30)
- ☐ KUO ROG... (9)
- ☐ KUO ROG... (7)
- ☐ FIRST REP... (6)
- ☐ ROGER G... (6)

More

**Date**
- ☐ 2015 (10)
- ☐ 2006 (8)
- ☐ 2010 (7)
- ☐ 2023 (4)
- ☐ 2016 (3)
- ☐ 2017 (3)
- ☐ 2019 (3)
- ☐ 2024 (3)
- ☐ 1995 (2)
- ☐ 2003 (2)
- ☐ 2008 (2)

| Document Number | Document Date | Title(s) | Names | Purchase |
|---|---|---|---|---|
| 2019853863 | 11/5/2019 | ASSGN DEED OF TRUST | (R) BANK OF AMERICA NA<br>(E) SPECIALIZED LOAN SVCNG LLC | 🛒 |
| 2019830557 | 9/12/2019 | SUBSTITUTION TRUSTEE<br>RECONVEYANCE | (R) FIDELITY NATIONAL TITLE INS CO<br>(E) FIRST REPUBLIC BANK | 🛒 |
| 2018623039 | 6/5/2018 | ABSTRACT OF JUDGMENT | (R) KUO ROGER<br>(E) DISCOVER BANK | 🛒 |
| 2018564920 | 1/9/2018 | DEED | (R) KUO GARY<br>(E) GARY ROGER KUO REVOC LIVING TRUST | 🛒 |
| 2017526291 | 10/16/2017 | NTC TAX LIEN | (R) KUO ROGER<br>(E) (FTB) Franchise Tax Board | 🛒 |
| 2017390927 | 1/4/2017 | RESCISSION NTC DEFAULT | (R) S B S LIEN SVCS<br>(E) KUO ROGER | 🛒 |
| 2017390926 | 1/4/2017 | RELEASE NTC ASSMNT LIEN | (R) 201 SANSOME STREET OWNERS ASSN<br>(E) KUO ROGER | 🛒 |
| 2016339983 | 10/7/2016 | DEED OF TRUST<br>ASGT RENTS/LEASES<br>FIXTURE FILING<br>NTC SECURITY AGRMNT | (R) GOODSON ALLISON G<br>(E) KUO ROGER GEORGE | 🛒 |
| 2016301603 | 8/3/2016 | NTC OF TRUSTEE SALE | (R) KUO ROGER<br>(R) S B S LIEN SERVICES | 🛒 |
| 2016275251 | 6/17/2016 | RESCISSION NTC DEFAULT | (R) MTC FINANCIAL INC<br>(E) KUO ROGER | 🛒 |



# City and County of San Francisco Assessor-Recorder   Public Index Search

Officials | kuo roger | Search | Advanced Search | Custom Sort by | 🛒 0

## Search Result: 59 Documents
[Criteria: OfficialRecords, kuo roger]

10 / Page  ⏮ ◀ 1 2 **3** 4 5 6 ▶ ⏭

### Refine Result

**Title(s)**
- ☐ DEED (8)
- ☐ ABSTRACT... (7)
- ☐ DEED OF T... (6)
- ☐ ASSGN DE... (6)
- ☐ RECONVE... (4)

More

**Names**
- ☐ KUO ROG... (30)
- ☐ KUO ROG... (9)
- ☐ KUO ROG... (7)
- ☐ FIRST REP... (6)
- ☐ ROGER G... (6)

More

**Date**
- ☐ 2015 (10)
- ☐ 2006 (8)
- ☐ 2010 (7)
- ☐ 2023 (4)
- ☐ 2016 (3)
- ☐ 2017 (3)
- ☐ 2019 (3)
- ☐ 2024 (3)
- ☐ 1995 (2)
- ☐ 2003 (2)
- ☐ 2008 (2)

| Document Number | Document Date | Title(s) | Names | Purchase |
|---|---|---|---|---|
| 2015165424 | 12/8/2015 | NTC OF TRUSTEE SALE | (R) KUO ROGER<br>(R) MTC FINANCIAL INC | 🛒 |
| 2015126546 | 8/31/2015 | NTC OF DEFAULT | (R) KUO ROGER<br>(E) WFG LENDER SERVICES LLC | 🛒 |
| 2015125828 | 8/28/2015 | NTC OF DEFAULT | (R) KUO ROGER<br>(E) MTC FINANCIAL INC | 🛒 |
| 2015125827 | 8/28/2015 | SUBSTITUTION TRUSTEE | (R) BANK OF AMERICA NA<br>(E) MTC FINANCIAL INC | 🛒 |
| 2015109373 | 8/13/2015 | SUBSTITUTION TRUSTEE RECONVEYANCE | (R) FIDELITY NATIONAL TITLE INS CO<br>(E) FIRST REPUBLIC BANK | 🛒 |
| 2015098143 | 7/28/2015 | DEED OF TRUST | (R) KUO ROGER GEORGE<br>(E) FIRST REPUBLIC BANK | 🛒 |
| 2015098142 | 7/28/2015 | DEED | (R) KUO ROGER GEORGE<br>(E) KUO ROGER GEORGE | 🛒 |
| 2015079032 | 6/19/2015 | ABSTRACT OF JUDGMENT | (R) KUO ROGER<br>(E) BORCHERS CHRISTINA | 🛒 |
| 2015060902 | 5/14/2015 | NTC ASSESSMENT LIEN | (R) KUO ROGER<br>(E) 201 SANSOME STREET OWNERS ASSN | 🛒 |
| 2015009688 | 1/21/2015 | ABSTRACT OF JUDGMENT | (R) FINEST JEWELRY.COM INC<br>(E) RIVERA MARIA LOPEZ NEGRETE | 🛒 |



# City and County of San Francisco Assessor-Recorder   Public Index Search

| Officials | kuo roger | Search | Advanced Search | Custom Sort by | 0 |

## Search Result: 59 Documents
[Criteria: OfficialRecords, kuo roger]

10 / Page   1 2 3 **4** 5 6

### Refine Result

**Title(s)**
- DEED (8)
- ABSTRACT... (7)
- DEED OF T... (6)
- ASSGN DE... (6)
- RECONVE... (4)

More

**Names**
- KUO ROG... (30)
- KUO ROG... (9)
- KUO ROG... (7)
- FIRST REP... (6)
- ROGER G... (6)

More

**Date**
- 2015 (10)
- 2006 (8)
- 2010 (7)
- 2023 (4)
- 2016 (3)
- 2017 (3)
- 2019 (3)
- 2024 (3)
- 1995 (2)
- 2003 (2)
- 2008 (2)

| Document Number | Document Date | Title(s) | Names | Purchase |
|---|---|---|---|---|
| 2014956370 | 9/30/2014 | ABSTRACT OF JUDGMENT | (R) FINEST JEWELRY.COM INC<br>(E) RIVERA MARIA LOPEZ NEGRETE | |
| 2014928584 | 8/19/2014 | ABSTRACT OF JUDGMENT | (R) KUO ROGER<br>(E) URBANE SOLUTII | |
| 2013654699 | 5/8/2013 | DEED | (R) KUO ROGER G<br>(E) KUO ROGER GEORGE | |
| 2011260567 | 8/26/2011 | RELEASE OF TAX LIEN | (R) USA IRS<br>(E) KUO ROGER KEITH H | |
| 2011213962 | 7/19/2011 | RELEASE OF TAX LIEN | (R) USA IRS<br>(E) KUO ROGER KEITH H | |
| 2010052321 | 9/20/2010 | AMDMT NTC SPCL TAX LIEN | (R) "123 CORBETT LP, DELAWARE LTD PTNS"<br>(E) SFUSD | |
| 2010046372 | 9/9/2010 | NTC FED TAX LIEN | (R) KUO ROGER KEITH H<br>(E) USA IRS | |
| 2010018951 | 8/12/2010 | DECLARATION OF TRUST DEED | (R) KUO ROGER G<br>(E) KUO ROGER G | |
| 2010940102 | 3/22/2010 | SUBSTITUTION TRUSTEE RECONVEYANCE | (R) BANK OF AMERICA NA<br>(E) BANK OF AMERICA NA | |
| 2010928254 | 2/22/2010 | NTC FED TAX LIEN | (R) KUO ROGER KEITH H<br>(E) USA IRS | |