# Exhibit 102

| | EJ-001 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Michael R. Quirk, Esq. (S.B. # 108076)<br>LAW OFFICE OF MICHAEL R. QUIRK<br>1615 Bonanza Street, Ste. 207<br>Walnut Creek, CA 94596-4530<br>TEL NO.: (925) 943-6400  FAX NO. *(optional):* (925) 943-6500<br>E-MAIL ADDRESS *(Optional):* mquirk@quirklaw.com<br>[x] ATTORNEY FOR  [x] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | San Francisco Assessor-Recorder<br>Carmen Chu, Assessor-Recorder<br>**DOC- 2014-J956370-00**<br>Check Number 9578<br>Tuesday, SEP 30, 2014 11:38:15<br>Ttl Pd $24.00  Rcpt # 0005025380<br>ofa/NF/1-2 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102-4514
BRANCH NAME:

FOR RECORDER'S USE ONLY

| PLAINTIFF: MARIA LOPEZ NEGRETE RIVERA | CASE NUMBER: |
|---|---|
| DEFENDANT: THE FINEST JEWELRY.COM INC., a California corporation, et al. | CGC-11-513531 |

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [x] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ```
   THE FINEST JEWELRY.COM INC., a California
   corporation individually and d.b.a THE FINEST WATCH co
   360 Post Street, Suite 301
   San Francisco, CA 94108
   ```

   b. Driver's license no. [last 4 digits] and state: [ ] Unknown
   c. Social security no. [last 4 digits]: [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

   THE FINEST JEWELRY.COM INC., a California corporation, 360 Post Street, Suite 301, San Francisco, CA 94108

2. [x] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Maria Lopez Negrete Rivera, c/o Michael R. Quirk, Esq.
   1615 Bonanza Street, Ste. 207, Walnut Creek, CA 94596

   Date: September 12, 2014
   Michael R. Quirk
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _/s/ MRQ_
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 60,795.45
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* January 7, 2013
   b. Renewal entered on *(date):*
9. [x] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL — SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO]

**DEPUTY CLERK**
This abstract issued on *(date):*
SEP 3 0 2014

Clerk, by _/s/ Bowman Liu_, Deputy
BOWMAN LIU

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: MARIA LOPEZ NEGRETE RIVERA | COURT CASE NO.: |
| DEFENDANT: THE FINEST JEWELRY.COM INC., a California corporation, et al. | CGC-11-513531 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ___ Name and last known address

THEFINESTWATCHES.COM INC., a California corporation individually and d.b.a THEFINESTWATCHES.COM
360 Post Street, Suite 301
San Francisco, CA 94108

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address)*:

360 Post Street, Suite 301
San Francisco, CA 94108

17. ___ Name and last known address

ROGER KUO
201 Sansome St., #202
San Francisco, CA 94108

Driver's license no. [last 4 digits] and state: ☒ Unknown

Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address)*:

360 Post Street, Suite 301
San Francisco, CA 94108

18. ___ Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19. ___ Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.