# Exhibit 103

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
Michael R. Quirk, Esq. (S.B. # 108076)
LAW OFFICE OF MICHAEL R. QUIRK
1615 Bonanza Street. Ste. 207
Walnut Creek. CA 94596-4530

TEL NO.: (925) 943-6400    FAX NO. (optional): (925) 943-6500
E-MAIL ADDRESS (Optional):

[x] ATTORNEY  [x] JUDGMENT    [ ] ASSIGNEE
    FOR           CREDITOR        OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102-4514
BRANCH NAME:

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2015-K009688-00
Check Number 9662
Wednesday, JAN 21, 2015 11:25:52
Ttl Pd    $26.00      Rcpt # 0005088228
                      adm/DM/1-2

FOR RECORDER'S USE ONLY

PLAINTIFF: MARIA LOPEZ NEGRETE RIVERA

DEFENDANT: THE FINEST JEWELRY.COM INC., a Califomia corporation, et al.

CASE NUMBER:
CGC-11-513531

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

[ ] Amended

FOR COURT USE ONLY

1. The [x] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   The Finest Jewelry.Com Inc. a California corporation,
   individually and d.b.a. TheFinestJewelry.Com
   360 Post Street, Suite. 301
   San Francisco, CA 94108

   b. Driver's license no. [last 4 digits] and state:       [x] Unknown
   c. Social security no. [last 4 digits]:                  [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

      THE FINEST JEWELRY.COM INC., a California corporation, 360 Post Street, Suite. 301, San Francisco, CA 94108

2. [x] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):

   Maria Lopez Negrete Rivera, c/o Michael R. Quirk, Esq.
   1615 Bonanza Street, Ste. 207, Walnut Creek, CA 94596

Date: November 7, 2014

Michael R. Quirk
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 6,587.50

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): October 10, 2014
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date):

DEC 0 5 2014

Clerk, by  CLERK OF THE COURT                       , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

| | |
|---|---|
| PLAINTIFF: MARIA LOPEZ NEGRETE RIVERA | COURT CASE NO.: |
| DEFENDANT: THE FINEST JEWELRY.COM INC., a California corporation, et al. | CGC-11-513531 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ___ Name and last known address

TheFinestWatches.Com Inc., a California corporation,
individually and d.b.a. TheFinestWatches.Com
360 Post Street, Suite. 301
San Francisco, CA 94108

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address):*

360 Post Street, Suite. 301
San Francisco, CA 94108

17. ___ Name and last known address

Roger Kuo
201 Sansome Street, #202
San Francisco, CA 94108

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address):*

360 Post Street, Suite. 301
San Francisco, CA 94108

18. ___ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. ___ Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

Case: 24-03032   Doc# 32-5   Filed: 03/27/25   Entered: 03/27/25 21:53:18   Page 3 of 3