JAMES A. MICHEL
State Bar No. 184730
2912 Diamond Street, #373
San Francisco CA  94131-3208
Tel.: 415/ 239-4949
attyjmichel@gmail.com

Attorney for Debtor and Plaintiff
ROGER JOSEPH KUO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ROGER JOSEPH KUO, x-3765<br>201 Sansome St. #202<br>San Francisco, CA 94104-2329<br><br>      Debtor.<br>_____<br><br>ROGER JOSEPH KUO,<br><br>      Plaintiff,<br><br>vs.<br><br>MARIA LOPEZ NEGRETE RIVERA,<br><br>      Defendant. | No. 24-30566 HLB 13<br><br>Chapter 13<br><br><br><br><br><br>Adv. Proc. No. 24-03032<br><br>Request for Judicial Notice in support of Motion for Summary Judgment or in the alternative, Partial Summary Judgment<br><br>Date : May 22, 2025<br>Time : 2:00 p.m.<br>Loc'n : Video or Telephone<br>Judge: Hon. Hannah L. Blumenstiel |

    Plaintiff and Debtor Roger Joseph Kuo hereby requests that this Court take judicial notice of documents filed with the Bankruptcy Court, in this adversary proceeding, and in the chapter 13 main case, as well as the documents filed in the Superior Court for the County of San Francisco, filed herewith as Exhibits to the Declaration of James Michel.

    This Court has the power to take judicial notice of documents filed with this Court, or a superior court of this State. (Fed. R. Evid. 201 made applicable to bankruptcy proceedings pursuant to Fed. R. Bankr. P. 9017.)

1   Here, Debtor calls the Court's attention to Defendant's proof of claim which was amended today at 1:17 p.m., Claim 6, as amended, Parts 1 through 4. Defendant's documents acknowledge that the superior court judgment was entered on 7/11/2016.

Filed with my declaration as **Exhibit 101** is a true copy of the three screens showing documents indexed under the name Roger Kuo, which is searchable by typing the last name first and then the first name, without any comma. On today's date, I captured the screenshots from the the website created by the San Francisco Assessor Recorder's Office, and converted them to pdf format. The first page shows where the 8/5/2016 abstract would be had it been indexed properly. (Michel Decl., ¶ 4.)

Filed as **Exhibit 102** to my declaration is a true copy of the abstract recorded by Defendant on 9/30/2014. I downloaded the pdf from the website for the San Francisco Assessor Recorder. (Michel Decl., ¶ 5.)

Filed as **Exhibit 103** is a true copy of the abstract recorded by Defendant on 1/21/2015. I downloaded the pdf from the website for the San Francisco Assessor Recorder. (Michel Decl., ¶ 6.)

Filed as **Exhibit 104** is a true copy of Judicial Council of California's form MC-013-INFO, Information Sheet for Calculating Interest and Amount Owed on a Judgment. I downloaded the pdf from the website for Judicial Council of California. (Michel Decl., ¶ 7.)

DATED: March 27, 2025       /s/ James A. Michel
                            JAMES A. MICHEL
                            Attorney for Debtor / Plaintiff
                            ROGER JOSEPH KUO