JAMES A. MICHEL
State Bar No. 184730
2912 Diamond Street, #373
San Francisco CA 94131-3208
Tel.: 415/ 239-4949
attyjmichel@gmail.com

Attorney for Debtor and Plaintiff
ROGER JOSEPH KUO

Signed and Filed: June 10, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ROGER JOSEPH KUO, x-3765<br>201 Sansome St. #202<br>San Francisco, CA 94104-2329<br><br>Debtor.<br><br>ROGER JOSEPH KUO,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA LOPEZ NEGRETE RIVERA,<br><br>Defendant. | No. 24-30566 HLB 13<br><br>Chapter 13<br><br><br><br>Adv. Proc. No. 24-03032<br><br><br><br>Judgment in Favor of Plaintiff Roger Joseph Kuo<br><br><br><br>Judge: Hon. Hannah L. Blumenstiel |

On June 9, 2025, the court issued an Order Granting Plaintiff Roger Joseph Kuo's Motion for Summary Judgment, and Denying Defendant Maria Lopez Negrete Rivera's Cross-Motion for Summary Judgment (Doc# 43). For the reasons stated in the order:

1. Judgment is entered in favor of Plaintiff Roger Joseph Kuo;

2. The abstract of judgment recorded with the San Francisco Assessor Recorder on August 5, 2016, as DOC-2016-K302714-00, is hereby expunged;

///

3. The abstract of judgment recorded with the San Francisco Assessor Recorder on January 21, 2015, as DOC-2015-K009688-00, is hereby expunged;

4. The abstract of judgment recorded with the San Francisco Assessor Recorder on September 30, 2014, as DOC-2014-J956370-00, is hereby expunged;

5. The Proof of Claim filed by Defendant Maria Lopez Negrete Rivera as Claim 6-2 is allowed as an unsecured claim in the amount of $80,419.76, including $35,877.70 of interest accrued at the statutory rate of ten percent per annum.

* * * END OF ORDER * * *

Adv. Proc. No. 24-03032 HLB 13

# COURT SERVICE LIST

Recipients are ECF participants